IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **CURTIS MITCHELL,** | : | |
| Petitioner | : | No. 1:16-cr-00118 |
| | : | |
| v. | : | (Judge Kane) |
| | : | |
| **UNITED STATES OF AMERICA,** | : | |
| Respondent | : | |

## ORDER

**AND NOW**, on this 24th day of February 2020, upon consideration of Petitioner Curtis Mitchell ("Petitioner")'s motion to vacate, set aside, or correct his sentence pursuant to 28 U.S.C. § 2255 (Doc. No. 75), and in accordance with the Memorandum issued concurrently with this Order, **IT IS ORDERED THAT**:

1. Petitioner's § 2255 motion is (Doc. No. 75) is **DENIED**;

2. A certificate of appealability **SHALL NOT ISSUE**; and

3. The Clerk of Court is directed to **CLOSE** the corresponding civil action opened at 1:19-cv-00531.

s/ Yvette Kane
Yvette Kane, District Judge
United States District Court
Middle District of Pennsylvania